March 13, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

DIANA RUTH LOVELL, Appellant

NO. 14-11-00055-CV                    V.

CHRISTOPHER WELDON MARTIN, Appellee

_____

Today the Court heard the parties' joint motion to set aside the order signed by the court below on November 2, 2010, and to remand the cause to the trial court.  Having considered the motion and found it meritorious, the trial court's order is **VACATED** without reference to the merits, and we **REMAND** the cause to the trial court for rendition of a judgment in accordance with the parties' mediated and binding settlement agreement dated February 2, 2012, and for entry of an order that replaces, supplants and supercedes the November 2, 2012 order of the trial court.

We further order that that costs incurred in the appeal shall be paid by the party incurring them.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.